```
┌─────────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA           │
│            CIVIL DOCKET ENTRIES FOR CASE A96-0099--CV (JWS)               │
│                "OLIVA B. JONES V NORTH SLOPE BOROUGH"                      │
├─────────────────────────────────────────────────────────────────────────┤
│          Including terminated parties, excluding terminated counsel       │
└─────────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 03/18/96
           Closed: 02/11/98

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   CIVIL RIGHTS
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $120.00 on 03/18/96 receipt # 00098552
         Trial by: Jury
```

Parties of Record:                          Counsel of Record:

---

| PLF 1.1 | JONES, OLIVA B. | Hugh W. Fleischer |
|---------|-----------------|-------------------|
|         |                 | 310 K Street, Suite 200 |
|         |                 | Anchorage, AK 99501 |
|         |                 | 907-264-6635 |
|         |                 | FAX 907-264-6602 |
| DEF 1.1 | NORTH SLOPE BOROUGH | Joel A. Rothberg |
|         |                 | NSB - Department of Law |
|         |                 | POB 69 |
|         |                 | Barrow, AK 99723 |
|         |                 | 907-852-0300 |
|         |                 | FAX 907-852-5678 |

Case 3:96-cv-00099-JWS   Document 58   Filed 01/03/06   Page 1 of 5

```
┌──────────────────────────────────────────────────────────────────────────┐
│        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA             │
│          CIVIL DOCKET ENTRIES FOR CASE A96-0099--CV (JWS)                  │
│             "OLIVA B. JONES V NORTH SLOPE BOROUGH"                         │
├──────────────────────────────────────────────────────────────────────────┤
│                        For all filing dates                                │
└──────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 03/18/96
           Closed: 02/11/98

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   CIVIL RIGHTS
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $120.00 on 03/18/96 receipt # 00098552
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/18/96 | Complaint filed; Summons issued. |
| 2 - 1 | 04/15/96 | DEF 1 Attorney Appearance by Wm Mede (OWENS). |
| 3 - 1 | 04/15/96 | DEF 1 Answer to Complaint |
| 4 - 1 | 04/17/96 | JWS Minute Order that initial case status report due w/i 21 days.  cy csnl |
| 5 - 1 | 05/01/96 | PLF 1; DEF 1 Report re: initial case status |
| 6 - 1 | 05/02/96 | Stipulation that parties have to  5-17-96 to exchange docs re R26. |
| 7 - 1 | 05/13/96 | PLF 1 Attorney Substitution, HEDLAND, FLEISCHER to w/d as cnsl, H. Fleischer to sub.  ORDER SIGNED. cy cnsl. |
| 8 - 1 | 05/13/96 | PLF 1 Attorney Appearance of Hugh Fleischer. |
| 9 - 1 | 05/15/96 | DEF 1 non-opposition to pltf motion for w/d of attorney & sub. |
| 10 - 1 | 06/04/96 | DEF 1 Attorney Substitution W. Mede (OWENS) to w/d and J. Rothberg, Assistant Borough Attorney to sub.  cy cnsl, J. Rothberg. |
| 11 - 1 | 07/30/96 | JWS Minute Order dir def, by 8-30-96, to file either (1) mot to dismiss, or (2) status report re jurisdiction; if no mot to dsmss filed, parties to file w/i 10days of (2) a joint status report updating other topics covered in 4-30-96 status report at #5.  cy cnsl |
| 12 - 1 | 08/29/96 | DEF 1 motion to dismiss complaint. |
| 13 - 1 | 09/09/96 | DEF 1 Afdvt of service re: DEF 1 motion to dismiss complaint. (12-1) |
| 14 - 1 | 09/17/96 | PLF 1 opposition to DEF 1 motion to dismiss complaint. (12-1) |
| 15 - 1 | 09/17/96 | PLF 1 Request for Oral Argument re: DEF 1 motion to dismiss complaint. (12-1) |

Case 3:96-cv-00099-JWS   Document 58   Filed 01/03/06   Page 2 of 5

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A96-0099--CV (JWS)
"OLIVA B. JONES V NORTH SLOPE BOROUGH"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 09/24/96 | DEF 1 reply to opposition to DEF 1 motion to dismiss complaint. (12-1) |
| 17 - 1 | 09/27/96 | JWS Minute Order setting o/a re mot to dismiss at #12 for 10-29-96 at 10:30 am, #4.  cy cnsl |
| 18 - 1 | 10/07/96 | DEF 1 Afdvt of service re #16, reply to opp re: DEF 1 motion to dismiss complaint. (12-1) |
| 19 - 1 | 10/30/96 | JWS Court Minutes [ECR: Jennifer Gamble] re o/a on deft mot to dsms; mot denied; crt to iss written decision. |
| 20 - 1 | 10/30/96 | JWS Order denying motion to dismiss complaint. (12-1) cc cnsl |
| 21 - 1 | 11/04/96 | Scheduling and Planning Order; mot to add parties/amendd pleadings due 12-31-96; final witness lists due 4-11-97; dscvy closes 5-30-97.  cy cnsl |
| 22 - 1 | 03/25/97 | DEF 1 Unopposed Motion for revision of S & P order |
| 23 - 1 | 03/25/97 | Stipulation for revision of S & P order |
| 24 - 1 | 03/26/97 | JWS Order granting unopp mot & stip to revise S&P ddlns; disc close 7/29/97, mots ddln 8/29/97. cc cnsl |
| 25 - 1 | 04/11/97 | DEF 1 Notice of taking deposition. |
| 26 - 1 | 04/21/97 | PLF 1 Certificate of service of notice of change of address |
| 27 - 1 | 06/10/97 | PLF 1 Witness List [fnal ] |
| 28 - 1 | 06/12/97 | DEF 1 Final Witness List |
| 29 - 1 | 07/17/97 | DEF 1 Stipulation for order requiring mental examination of plaintiff. |
| 30 - 1 | 07/17/97 | DEF 1 Stipulation for order requiring mental examination of plaintiff. |
| 31 - 1 | 07/21/97 | JWS Order approving stip at dkt 29. cc cnsl |
| 32 - 1 | 07/21/97 | JWS Order denying as moot stip at dkt 30. cc cnsl |
| 33 - 1 | 07/25/97 | PLF 1 Address Change Notice |
| 34 - 1 | 07/25/97 | Stipulation for ext of close of disc to 8/30/97 & disp mots due w/in 30 days of close of disc. |
| 34 - 2 | 07/28/97 | JWS Order granting stip that discovery shall close 8/30/97 and dispositive motions may be filed on or by 9/30/97. cc: cnsl |
| 35 - 1 | 08/08/97 | Unopposed Motion for order establishing exchange of expert reports and requiring mental examination of plft w/att stip re: report and exam. |
| 36 - 1 | 08/12/97 | JWS Order granting mot & stip at dkt 35. cc cnsl |
| 37 - 1 | 09/12/97 | Order Certifying Ready for Trial. Counsel to report to the court w/in 15 days. cc:cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A96-0099--CV (JWS)
"OLIVA B. JONES V NORTH SLOPE BOROUGH"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 38 - 1 | 10/02/97 | DEF 1 motion to accept late filed motion for summary judgment with att proposed s/j.[proposed s/j in brown folder] |
| 39 - 1 | 10/02/97 | JWS Minute Order that parties have not fld certification of readiness for trial; rpt due w/in 15 days. cy cnsl |
| 40 - 1 | 10/14/97 | Stipulation to extend time till 11/13/97 to file rspnse to sj mot. |
| 40 - 2 | 10/15/97 | Order granting stip. cc: cnsl |
| 41 - 1 | 10/17/97 | DEF 1 Report re: readiness for trial. |
| 42 - 1 | 10/27/97 | JWS Minute Order granting motion to accept late filed motion for summary judgment (38-1). cy cnsl |
| 43 - 1 | 10/27/97 | DEF 1 motion for summary judgment w/att exhs |
| 44 - 1 | 11/07/97 | Stipulation  that plf have till 12/1/97 to file response to deft mot for s/j. |
| 44 - 2 | 11/12/97 | Order granting stip. cc: cnsl |
| 45 - 1 | 11/21/97 | Stipulation that plft have till 12/1/97 to file response to deft motion for s/j. |
| 45 - 2 | 11/24/97 | Order granting stip. cc cnsl |
| 46 - 1 | 11/26/97 | PLF 1; DEF 1 Stipulation on shortened time for for plt to file response to def's mot for SJ until 12/05/97. |
| 46 - 2 | 11/26/97 | Order granting stip for ext of time @ dkt #46. cc: cnsl. |
| 47 - 1 | 12/05/97 | PLF 1 opposition to DEF 1 motion for summary judgment w/att exhs (43-1). |
| 48 - 1 | 12/16/97 | DEF 1 motion to accept late-filed reply to memorandum in opposition to motion for summary judgment w/att prop rply w/att exhs. |
| 49 - 1 | 12/19/97 | PLF 1 Request for Oral Argument re: DEF 1 motion for summary judgment (43-1) |
| 50 - 1 | 01/09/98 | JWS Minute Order granting motion to accept late-filed reply to memo in oppo to motion for SJ (48-1).  cy cnsl |
| 51 - 1 | 01/09/98 | DEF 1 reply to opposition to DEF 1 motion for summary judgment w/att exhs (43-1) |
| 52 - 1 | 01/14/98 | JWS Minute Order that cmplt missing page 6; plf to correct deficiency w/in 5 days. cy cnsl |
| 53 - 1 | 01/15/98 | JWS Minute Order setting o/a on def's mot for sj (dkt 43) for 1/30/98 @ 4 pm; 15 min per side. cy cnsl |
| 54 - 1 | 01/20/98 | PLF 1 Response to Order at dkt #52/errata to complaint with att exh. |
| 55 - 1 | 01/26/98 | JWS Minute Order resetting o/a on mot for SJ to 2/4/98 @ 10 am. cy cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A96-0099--CV (JWS)
"OLIVA B. JONES V NORTH SLOPE BOROUGH"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 56 - 1 | 02/04/98 | JWS Court Minutes [ECR: Pam Richter] taking under advisement motion for summary judgment (43-1). |
| 57 - 1 | 02/11/98 | JWS Order granting/denying motion for summary judgment (43-1). c: cnsl. |
| 58 - 1 | 02/11/98 | JWS Judgment that plf's 1st, 2nd & 3rd clms for relief denied; 4th clm dismissed w/out prej; def shall recover costs. cc: cnsl, O&J 10301 |